**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.: 20-CV-80262-CANNON/REIHART

VENTRON MANAGEMENT, LLC,

    Plaintiff,

vs.

TOKIO MARINE SPECIALTY INSURANCE
COMPANY, AMERICAN GUARANTEE &
LIABILITY INSURANCE COMPANY.

    Defendants.
_____/

**JOINT STATUS REPORT**

Plaintiff, Ventron Management, LLC ("Ventron") and Defendants, Tokio Marine Specialty Insurance Company ("Tokio") and American Guarantee & Liability Insurance Company ("AGLIC"), by their respective undersigned counsel, provide the following Joint Status Report and state as follows:

1. On February 3, 2021, the Court held a status conference regarding this matter.

2. On September 22, 2021, the Court requested that the parties file a joint status report every 90 days informing the Court of any developments in the following underlying Georgia state court actions: *A.G. v. Ventron Management, LLC, et al.*, Civil Action No. 18EV001064 (the "*AG* Lawsuit") and *Silvery v. Ventron Management, LLC*, Civil Action No. 2020CV00551 (the "*Silvery* Lawsuit").

3. The parties in the *AG* Lawsuit recently resolved their dispute and have finalized the resulting settlement agreement. Ventron, Tokio, and AGLIC have also resolved their dispute over coverage for the *AG* Lawsuit and the resulting settlement agreement is pending full execution.

CASE NO.: 20-CV-80262-CANNON/REIHART

4. The parties in the *Silvery* Lawsuit recently resolved their dispute and have finalized the resulting settlement agreement. Ventron, Tokio, and AGLIC have also resolved their dispute over coverage for the *Silvery* Lawsuit and the resulting settlement agreement is nearing completion.

Respectfully submitted,

| | |
|---|---|
| **REED SMITH LLP** <br> 1001 Brickell Bay Drive, 9th Floor <br> Miami, Florida 33131 <br> Telephone: (786) 747-0200 <br> Facsimile: (786) 747-0299 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** <br> 110 SE 6th Street, Suite 2600 <br> Fort Lauderdale, Florida 33301 <br> Telephone: 954.728.1280 <br> Facsimile: 954.728.1282 |
| /s/ Matthew B. Weaver <br> Matthew B. Weaver, Esq. <br> Florida Bar No.: 42858 <br> mweaver@reedsmith.com <br> Christopher T. Kuleba, Esq. <br> Florida Bar No. 105302 <br> ckuleba@reedsmith.com <br> *Counsel for Ventron Management, LLC* | /s/ Bradley S. Fischer <br> Bradley S. Fischer, Esq. <br> Florida Bar No.: 716553 <br> Primary: bradley.fischer@lewisbrisbois.com <br> *Counsel for American Guarantee & Liability Insurance Company* |

**TRAUB LIEBERMAN**
360 Central Avenue, 10th Floor
St. Petersburg, Florida 33701
Telephone: (727) 898-8100
Facsimile: (727) 895-4838

/s/ Lauren S. Curtis
Lauren S. Curtis, Esq.
Florida Bar No.: 150940
lcurtis@tlsslaw.com
*Counsel for Tokio Marine Specialty Insurance Company*

CASE NO.: 20-CV-80262-CANNON/REIHART

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Christopher T. Kuleba*
**Christopher T. Kuleba**

## SERVICE LIST

| | |
|---|---|
| **Lauren S. Curtis, Esq.**<br>TRAUB LIEBERMAN<br>360 Central Ave. 10th Floor<br>St, Petersburg, FL 33701<br>Telephone: (727) 898-8100<br>Facsimile: (727) 895-4838<br>Email: lcurtis@tlsslaw.com<br><br>*Counsel for Tokio Marine Specialty Insurance Company* | **Bradley S. Fischer, Esq.**<br>**Laura F. Farrant, Esq.**<br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br>110 SE 6th Street, Suite 2600<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.728.1280<br>Facsimile: 954.728.1282<br>Email: bradley.fischer@lewisbrisbois.com<br>laura.farrant@lewisbrisbois.com<br><br>*Counsel for American Guarantee & Liability Insurance Company* |